## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern

JUN 30 2026

FILED
Clerk of Court

**Eveline Flore TADIESSE**

Plaintiff,

Agency **No.209 381 681**

V.

**Markwayne Mullin**, in her Official Capacity,

Secretary, Department of Homeland Security,

**Todd Blanche**, Attorney General

U.S. Department of Justice

**Joseph B Eldow**, in his Official Capacity,

Senior Official Performing the Duties of the Director

US Citizenship, and Immigration Services

US Attorney for the Eastern District Court of the Wisconsin

**PLAINTIFF ORIGINAL**

**COMPLAINT FOR WRIT**

**OF MANDAMUS**

## COMPLAINT FOR THE DECLARATORY AND INJUNCTIVE RELIEF

## IN THE NATURE OF MANDAMUS

## INTRODUCTION

1.  This is an action seeking a writ of mandamus and declaratory relief to compel Defendants to adjudicate Plaintiff's pending form I130, Petition for Alien Relative, which has remained delayed by USCIS.
2.  Plaintiff filed form I 130 on August 2025, and despite repeated efforts to obtain adjudication, USCIS has failed to issue a decision.

3. Plaintiff, because her daughter is very sick submitted congressional inquiries on two separate occasions, both of which failed to result in adjudication or meaningful action.
4. Plaintiff also submitted expedited processing requests based on urgent humanitarian circumstances, but USCIS denied those requests.
5. Plaintiff's daughter is suffering from serious medical conditions and has undergone two surgeries within four months. She currently requires further medical evaluation and treatment, including a second medical inspection by specialist doctor.
6. Due to her medical condition, Plaintiff's daughter is unable to walk at this time, causing severe emotional distress to the whole family.
7. Defendant's failure to adjudicate the petition has caused and continues to cause substantial hardship and prejudice to Plaintiff and Plaintiff's family.

## JURISDICTION AND VENUE

8. This Court has jurisdiction pursuant to 28 USC 1331, 28 USC 1361, and the Administrative Procedure Act, 5 USC 701-706
9. Venue is proper in this district pursuant to 28 U.S.C 1391 because Plaintiff resides in this district and a substantial part of the events giving rise to this action occurred in this district.

## PARTIES

10. Plaintiff Eveline Flore is a resident of Milwaukee and is the petitioner of the pending form I130
11. Defendant USCIS is the federal agency charged with adjudicating immigration benefit applications and petitions, including Form I130.
12. Defendant Department of Homeland Security oversees USCIS.
13. Defendants are responsible for the adjudication of Plaintiff's pending petition.

## FACTUAL ALLEGATIONS

14. Plaintiff filed Form I130 on 1/1/2025 receipt number I O E C 0933 92 7797.
15. USCIS accepted the petition and issued a receipt notice
16. Since filing, Plaintiff has complied with all requests and requirements from USCIS
17. Despite the passage of approximatively eight months, and the sickness of Plaintiff's daughter, which is getting worse, USCIS has failed to adjudicate the petition.
18. Plaintiff made repeated attempts to obtain action on the case, including
    - Two congressional inquiries;
    - Multiple communication with USCIS;
    - Expedited processing requests based on humanitarian need.
19. USCIS denied Plaintiff's expedite request despite the serious medical condition affecting Plaintiff's daughter.

20. Plaintiff's daughter has undergone two surgeries in four months and continues to require urgent medical evaluation and care.
21. The continued delay has imposed severe emotional, and medical hardship upon Plaintiff and Plaintiff's family.
22. Defendants have a nondiscretionary duty to process and adjudicate immigration petitions within a reasonable time.
23. Defendant's ongoing failure to act is unreasonable and violates the Administrative Procedure Act.

## CAUSES OF ACTIONS ( WRIT OF MANDAMUS 28 USC 1361)

24. Plaintiff re-alleges and incorporates all preceding paragraphs.
25. Defendants owe Plaintiff a clear, nondiscretionary duty to adjudicate the pending Form I130.
26. Plaintiff has a clear right to a decision on the petition
27. Defendants have failed to perform their duty within a reasonable time.
28. Plaintiff has no adequate alternative remedy other than this action.
29. Plaintiff is therefore entitled to a writ of Mandamus compelling Defendants to adjudicate the petition.

## PRAYER FOR RELIEF

WHREFORE, Plaintiff respectfully requests that this Court:

A. Assume jurisdiction over this matter;
B. Declare that Defendant's delay is causing severe humanitarian condition to Plaintiff's Daughter
C. Issue a writ of mandamus compelling Defendants to adjudicate Plaintiff's Form I130 within a reasonable period of time ;
D. Award Plaintiff costs and any other relief the Court deems just proper.

Respectfully submitted,

Eveline Flore TADIESSE, 1428 s 88th street milwaukee wll 53214